# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CAMPBELL, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, and VOLKSWAGEN AG, a foreign corporation,<br><br>     Defendants. | Case No. 5:20-cv-00518-FJS-ATB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES OF RECORD, AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the claims of Plaintiff Joseph Campbell are voluntarily dismissed without prejudice. Plaintiff explicitly reserves his rights to re-plead, or re-file, these claims in any permissible venue.

Dated: August 12, 2020

Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson (Bar Roll No. 701806)
*twolfson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585

IT IS SO ORDERED.
August 13, 2020

_____
Frederick J. Scullin, Jr.
Senior United States District Judge